IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>      v.<br><br>$6,000.00 IN U.S. CURRENCY,<br><br>      Defendant | CIVIL NO. 10-1062 (JP) |

**DEFAULT JUDGMENT**

On January 28, 2010, Plaintiff United States of America ("USA") filed a verified complaint for forfeiture *in rem* against the above-described property. Notice was caused to be published between February 16, 2010 and March 17, 2010, on www.forfeiture.gov, an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, allowing any person having a claim in the above mentioned defendant property to state the same before this Court. No claimants came forward to stake a claim for the currency.

Plaintiff USA has moved (**No. 10**) for a default judgment because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

CIVIL NO. 10-1062 (JP)           -2-

Therefore, Plaintiff's motion for default judgment is hereby **GRANTED**. The Court hereby **ENTERS JUDGMENT IN FAVOR OF PLAINTIFF** in the amount of $6,000.00 in U.S. Currency. The defendant property shall be disposed of according to law by the United States Marshals Service.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of April, 2010.

                                                s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE